570 A.2d 963

LITTLE FERRY BOARD OF EDUCATION v. RIDGEFIELD
PARK BOARD OF EDUCATION.

October 24, 1989.

Petition for certification denied.

570 A.2d 963

COMMITTEE FOR HOUSING ALTERNATIVES, INC. AND STATE OF
NEW JERSEY, ETC. v. MAYOR AND CITY COUNCIL OF THE
CITY OF JERSEY CITY, ET AL. AND NEW JERSEY
TENANTS' ORGANIZATION, JERSEY CITY
TENANTS' COMMITTEE, ET AL.

October 24, 1989.

Petition for certification denied.

570 A.2d 964

COMMITTEE FOR HOUSING ALTERNATIVES, INC. AND STATE OF
NEW JERSEY, ETC. v. MAYOR AND CITY COUNCIL OF THE
CITY OF JERSEY CITY, ET AL. AND NEW JERSEY
TENANTS' ORGANIZATION, JERSEY CITY
TENANTS' COMMITTEE, ET AL.

October 24, 1989.

Petition for certification denied.